```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

FILED

OCT 08 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
                        GF
          DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM EID HABASH, ET AL.,<br><br>Defendants. | CASE NO. 1:15 CR 00286 AWI BAM<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 8, 2015, charging the above defendants with: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846, 18 U.S.C. § 2 - Conspiracy to Manufacture, to Distribute, and to Possess with the Intent to Distribute a Controlled Substance and Aiding and Abetting; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2-Distribution of a Controlled Substance and Aiding and Abetting (4 Counts); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2 - Possession of a Controlled Substance with the Intent to Distribute

Motion to Seal Indictment                         1

and Aiding and Abetting; 18 U.S.C. § 371 - Structuring Conspiracy; and 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: October 8, 2015            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                        By    /s/ Karen A. Escobar
                               KAREN A. ESCOBAR
                               Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   October 8, 2015

                                      U.S. Magistrate Judge

Motion to Seal Indictment                    2