BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15CR00286 AWI-BAM |
| Plaintiff, | ORDER |
| v. | |
| HAITHAM EID HABASH,<br>   Aka Eddie Habash, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The indictment and arrest warrants in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:  **October 14, 2015**

UNITED STATES MAGISTRATE JUDGE