BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>HAITHAM EID HABASH,<br>  aka Eddie Habash,<br><br>           Defendant. | CASE NO. 1:15–CR-00286 AWI-BAM<br><br>STIPULATION AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bail appeal before this Court on November 23, 2015, at 10:00 a.m.

2. By this stipulation, the parties now move to advance the bail appeal to November 16, 2015, at 10:00 a.m.

////

////

IT IS SO STIPULATED.

Dated:  November 4, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/  KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: November 4, 2015

 /s/ SHAUN KHOJAYAN
SHAUN KHOJAYAN
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   November 5, 2015

SENIOR  DISTRICT  JUDGE