BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15–CR-00286 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| HAITHAM EID HABASH, <br> aka Eddie Habash, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on the government's motion for handwriting exemplar before this Court on May 9, 2016, at 2:30 p.m.

2. By this stipulation, the parties, having agreed to the taking of the exemplar pursuant to the revised exemplar provided to the defense, now move to vacate the May 9 hearing.

////

////

IT IS SO STIPULATED.

Dated:  May 3, 2016                                            BENJAMIN B. WAGNER
                                                               United States Attorney

                                                                /s/  KAREN A. ESCOBAR
                                                               KAREN A. ESCOBAR
                                                               Assistant United States Attorney

Dated: May 3, 2016

                                                                /s/ SHAUN KHOJAYAN
                                                               SHAUN KHOJAYAN
                                                               Counsel for Defendant

ORDER

Based on the stipulation of the parties, the May 9, 2016 hearing is VACATED.

IT IS SO ORDERED.

   Dated:   **May 3, 2016**                        /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE