SHAUN KHOJAYAN (SBN 197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
555 West Fifth St., 31st Floor
Los Angeles, CA 90013
Tel.: (310) 274-6111; Fax: (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Habash

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE;** [PROPOSED] **ORDER THEREON** |
| vs. | ) |
| HABASH et al., | ) Date: July 25, 2016 |
| Defendant. | ) Time: 1:00 p.m. </br> ) Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney Karen Escobar, counsel for plaintiff, Shaun Khojayan, counsel for defendant Haitham Habash, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Andras Farkas, and Marc Days, counsel for defendant Majed Bashir Akroush that the status conference hearing set for July 25, 2016, be continued to October 11, 2016 at 1:00 p.m.

The defense proposes this stipulation because all defense counsel request another status conference and waive excludable time under 18 U.S.C. § 3161 because they need additional time to review the government's discovery that is in excess of 60,000 pages and in the defense's view is not readily searchable.  The exemplar of defendant Habash did take place as ordered.  Upon conferring with the government, a mutually convenient date for the status conference is October 11, 2016, at which time the parties will be prepared to advise the court as to status of the case.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: June 8, 2016 | */s/ Shaun Khojayan* |
|   |   | Attorney for Defendant |
|   |   | Haitham Habash |

DATED: June 8, 2016      */s/ Megan T. Hopkins (with permission)*
                          Assistant Federal Defender
                          Attorney for Defendant
                          Andras Farkas

DATED: June 8, 2016      */s/ Marc Days (with permission)*
                          Attorney for Defendant
                          Majed Bashir Akroush

DATED: July 8, 2016      */s/ Karen Escobar (with permission)*
                          Assistant United States Attorney
                          Attorney for Plaintiff

# **O R D E R**

IT IS SO ORDERED THAT the 3rd Status Conference as to Defendants Haitham Eid Habash (1), Ramsey Jeries Farraj (3) and Majed Bashir Akroush (4) is continued from July 25, 2016 to Tuesday, October 11, 2016 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161(h)(**7**)(A) and 3161 (h)(**7**)(B)(1). Under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendants in a speedy trial. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **July 13, 2016**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE