SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
  & ASSOCIATES, P.L.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash #1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HABASH et al.,<br><br>HAITHAM HABASH (#1),<br><br>Defendant. | Case No.1:15-CR-00286 DAD-BAM-(001)<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH TO ALLOW HIM TO TEMPORARILY STAY AT A HOTEL DURING FUMIGATION OF HIS HOME; ORDER |

Notice is hereby given that, subject to approval by the court, Defendant Haitham Habash, by and through his counsel Shaun Khojayan, and Assistant United States Attorney Karen Escobar, hereby stipulate that Defendant Habash's conditions of release be modified to allow Mr. Habash to stay at a hotel near his home, approved by pretrial services, from October 28, 2016 to November 2, 2016 while his home is being fumigated.  All other conditions of release will remain unchanged.

Pretrial Services Officer Ryan Beckwith has no objection to this requested modification.

I consent to the above stipulation.

Date: 10/12/2016                                    */s/ Shaun Khojayan*
                                                    Shaun Khojayan

I consent to the above stipulation.

Date: 10/12/2016                                    */s/ Karen Escobar (with permission)*
                                                    AUSA Karen Escobar

## ORDER

The Stipulation to Modify conditions of release for defendant Haitham Habash is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:  **October 13, 2016**                       /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE