# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00286 DAD-BAM |
| Plaintiffs, | **ORDER GRANTING REQUEST TO SEAL** |
| v. | (Doc. 161) |
| HAITHAM EID HABASH, et al, | |
| Defendants. | |

Having considered the government's request to seal Defendant Habash and Akroush's discovery motions (Docs. 154, 157), and having weighed the competing interests of the defendants, the public, and the confidential sources,

IT IS ORDERED that Defendant Akroush and Habash' discovery motions found at docket entries 154 and 157, respectively, in this matter be SEALED.

IT IS SO ORDERED.

Dated: **November 17, 2016**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE