SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash #4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No.: 15-CR-00286 AWI-BAM (001)<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH; ORDER |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney Karen Escobar that conditions of release be modified in this manner:

**Defendant Haitham Habash requests that the following conditions be removed from his conditions of pre-trial release:**

The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use

1.

and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

**The following condition shall be added:**

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.

All other conditions of release are to remain in full force and effect.

The AUSA and pretrial services officer have no objection to this modification.

I consent to the above stipulation.

Date: January 11, 2017                          /s/ Karen Escobar (with permission)
                                                AUSA Karen Escobar

I consent to the above stipulation.

Date: January 11, 2017                          /s/ Shaun Khojayan
                                                Shaun Khojayan
                                                Attorney for Defendant Habash

## ORDER

The Stipulation to Modify conditions of release for defendant Haitham Habash is hereby approved.

IT IS SO ORDERED.

   Dated:   **January 11, 2017**                 /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE