SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com

Attorney for Defendant Haitham Habash (#1)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-0286-DAD-BAM-1 |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT;** |
| vs. | ) | [~~PROPOSED~~] **ORDER THEREON** |
| HABASH et al., | ) | |
| HAITHAM HABASH (#1), | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Haitham Habash, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Shaun Khojayan, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

1  Defendant resides in Los Angeles, CA and must travel for approximately four hours each
2  way in order to appear in court.  It is a hardship for Defendant to appear at court appearances
3  for this reason.  Defendant understands that he will need to be present at any hearing involving
4  any substantive issue.  Defendant respectfully requests that the Court waive his appearance at all
5  future non-substantive hearings.

8  DATED:  January 26, 2016      */s/ Haitham Habash*
                                  Haitham Habash

10 DATED:  January 26, 2016      */s/ Shaun Khojayan*
                                  Shaun Khojayan
11                                Attorney for Defendant Habash

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's Haitham Eid Habash appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:  **January 27, 2017**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE