Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
MAJED AKROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-cr-00286 DAD-BAM |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| HABASH et al., | |
| MAJED AKROUSH (#4) | |
| Defendant. | |

On January 25, 2017, this Court heard argument on Defendant Akroush's and Defendant Habash's motion for discovery regarding viewing drug evidence. Appearing on behalf of the United States was Assistant United States Attorney Karen A. Escobar. Appearing for Defendant Akroush was Defense Counsel Marc Days. Appearing for Defendant Haitham Habash was Defense Counsel Shaun Khojayan. Appearing for Defendant Ramsey Farraj was Defense Counsel Megan Hopkins. The Court's rulings were set forth on the record.

As to the defenses' request to view, inspect, and photograph drug evidence, including untested drug evidence, the Court GRANTS the motion as to drug evidence, if any, in the locations of Pleasanton, Los Angeles, Fresno, and Bakersfield. As to the defenses' request that defense counsel and defense investigators be allowed to view, inspect, and photograph drug

evidence, including untested drug evidence, without providing their social security numbers, the Court GRANTS the motion. The Court ORDERS that defense counsel, defense investigators, and the defendants shall be permitted to view drug evidence, including untested drug evidence, and need only provide a driver license or state identification card.   The government may place reasonable protective conditions on the inspection, but such conditions may not preclude or inhibit defendants' right to view, inspect, and photograph drug evidence.

IT IS SO ORDERED.

Dated:   **January 31, 2017**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE