PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| HAITHAM EID HABASH, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants HABASH and AKROUSH, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the Court directed the parties "to meet and confer, including with Courtroom Deputy Harriet Herman, to select a date when they may appear for an informal conference to discuss further drug inspection." (Doc. 225)

2. By this stipulation, the parties now agree to continue the drug inspection in this matter on the dates requested by the government in its filing in Document 223.

3. Specifically, the parties stipulate to the continued drug inspection on April 19 and April 20 from 8 a.m. to 6 p.m. each day, or until completed, whichever occurs first. The drug inspection will take place at the same location and under the same conditions in effect during the

1

drug inspection on April 6, 2016.

4. The parties further stipulate that the need for an informal conference is moot.

IT IS SO STIPULATED.

DATED: April 17, 2017  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: April 17, 2017

/s/ Shaun Khojayan
SHAUN KHOJAYAN
Counsel for Defendant
Haitham Eid Habash

DATED: April 17, 2017

/s/ Marc Days
MARC DAYS
Counsel for Defendant Majed Bashir Akroush

**O R D E R**

IT IS SO ORDERED.

Dated: **April 18, 2017**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE