SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No.:  15-CR-00286 DAD-BAM<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH TO ALLOW FOR TRAVEL TO LAS VEGAS CONFERENCE JUNE 22-25, 2017; **ORDER** |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney Karen Escobar that defendant Haitham Habash be allowed to travel from June 22 to June 25, 2017 to Las Vegas, Nevada to attend the United Taybeh American Association conference.  Mr. Habash plans to stay at the location of the conference, the South Pointe Hotel, and will provide his itinerary to Pretrial Services before he travels.  Per Pretrial Services, his location monitoring condition will need to be suspended for the duration of the trip.

Pretrial Services Officer Ryan Beckwith has no objection to his travel.

1.

Pretrial services confirms that Mr. Habash has been compliant with all conditions since December of 2015 and has not had any issues. He has maintained a stable residence, all of his drug tests have been clean, he has been 100% compliant with electronic monitoring, he has maintained full time employment, he has been present for all of his Court appearances and he has checked in with Pretrial Services every week since his release.  The significant surety bond along with all the remaining conditions of release are to remain in full force and effect.

The AUSA and pretrial services officer have no objection to this travel modification.

I consent to the above stipulation.

Date:  May 23, 2017            */s/ Karen Escobar (with permission)*
                               AUSA Karen Escobar

I consent to the above stipulation.

Date:  May 23, 2017            */s/ Shaun Khojayan*
                               Shaun Khojayan
                               Attorney for Defendant Habash

**ORDER**

The Stipulation to Modify conditions of release to allow for travel to Las Vegas from June 22-25, 2017 per the terms above for defendant Haitham Habash is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:   **May 23, 2017**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE