SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No.:  15-CR-00286 AWI-BAM<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH; ORDER |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney, Karen Escobar that conditions of release be modified to allow Defendant Haitham Habash to:

1) The condition requiring the defendant to participate in the Location Monitoring Program is removed;

2) The condition requiring the defendant to participate in the HOME DETENTION is removed;

3) Modify travel to include the Eastern District and Central District of

1.

California, unless otherwise preapproved by the Pretrial Services Office;

    4) Continue to impose curfew condition that restricts defendant Habash to his residence every day 9:00pm to 6:00am, or as adjusted by the Pretrial Services Office; and

    5) retain all other conditions previously imposed, not in conflict, in full force and effect.

    The AUSA and pretrial services officer have no objection to these modifications.

I consent to the above stipulation.

Date: 1/29/2018                    */s/ Karen Escobar (with permission)*
                                                      AUSA Karen Escobar

I consent to the above stipulation.

Date: 1/29/2018                    */s/ Shaun Khojayan*
                                                      Shaun Khojayan

## ORDER

DENIED without prejudice. With the removal of location monitoring, the curfew condition cannot be enforced. The Court will not impose a condition that cannot be enforced. Should the parties and Pretrial agree to removal of curfew, the Court will again consider the issue.

IT IS SO ORDERED.

    Dated: **January 30, 2018**                  /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE