McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-0286 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| HAITHAM EID HABASH and MAJED BASHIR AKROUSH, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on discovery motions for January 24, 2018, at 10:00 a.m. At the hearing, the Court ordered the production of reports without redacted case numbers within two months and indicated it would issue an order pertaining to other requests. The matter was continued to February 26, 2018, at 10:30 a.m.

2. By this stipulation, the parties agree and stipulate, and request that the Court find the following:

////

a. A continuance is required to allow for the government to produce additional discovery without the redaction of case numbers and the parties reasonable time necessary for effective preparation. The defense is not opposed to an exclusion of time.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 24, 2018, to February 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (7)(B)(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 29, 2018.  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: January 29, 2018.

/s/ Shaun Khojayan
SHAUN KHOJAYAN
Counsel for Defendant Habash

DATED: January 29, 2018.

/s/ Marc Days
MARC DAYS
Counsel for Defendant Akroush

**O R D E R**

IT IS SO FOUND AND ORDERED that time is excludable from January 24, 2018 through February 26, 2018, 7th Status Conference, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 30, 2018**          /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE