SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile: (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No.: 15-CR-00286 AWI-BAM<br><br>REVISED STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH; ORDER |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney, Karen Escobar that defendant Haitham Habash's conditions of release be modified to have:

1) condition of curfew/location monitoring removed;

2) travel restricted to the Central District and Eastern District for court related purposes with prior PSO approval.  Any other out of district travel to be approved in advance by the Court; and

3) all other previously imposed conditions, not in conflict with this

1.

stipulation and order, shall remain in full force and effect.

The AUSA and pretrial services officer have no objection to these modifications.

I consent to the above stipulation.

Date: 1/30/2018                     */s/ Karen Escobar (with permission)*
                                    AUSA Karen Escobar

I consent to the above stipulation.

Date: 1/30/2018                     */s/ Shaun Khojayan*
                                    Shaun Khojayan

## ORDER

The Stipulation to Modify conditions of release for defendant Haitham Habash is hereby approved.

IT IS SO ORDERED.

Dated:  **January 31, 2018**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE