SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash #1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH (#1),<br><br>Defendant. | Case No.:  15-CR-00286 DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW DEFENDANT HAITHAM HABASH TO TRAVEL TO SAN FRANCISCO FOR A FAMILY WEDDING FROM JUNE 20 TO JUNE 24, 2018 |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney, Karen Escobar that his conditions of release be modified to allow Defendant Haitham Habash to travel to San Francisco for a family wedding from June 20, 2018 to June 24, 2018.  All other conditions previously imposed, not in conflict, remain in full force and effect.

Mr. Habash must provide PSO Kristianna Janich a copy of his flight itinerary and will contact her upon his return arrival home to the Central District.

//

1.

I consent to the above stipulation.

Date: 5/16/2018                     *s/ Karen Escobar (with permission)*
                                    AUSA Karen Escobar

I consent to the above stipulation.

Date: 5/16/2018                     *s/ Shaun Khojayan*
                                    Shaun Khojayan,
                                    Attorney for Defendant Haitham Habash

# ORDER

The Stipulation to Modify conditions of release for defendant Haitham Habash is hereby approved and so ORDERED on the above conditions. All other conditions not in conflict shall remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **May 17, 2018**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE