UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM EID HABASH and<br>MAJED BASHIR AKROUSH,<br><br>Defendants. | No. 1:15-CR-286 DAD-BAM<br><br><br><br>STIPULATION AND PROPOSED ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter was previously set for the filing of the government's response the defendant's pretrial motions on or before August 24, 2018, and any replies on or before September 14. The hearing on the motions is currently set before this Court on October 1, 2018, at 10 a.m.

2. The parties agree to continue the deadline for the filing of the government's response to matter to August 31, 2018, and the filing of the defendants' replies to September 28. The parties also agree to continuing the hearing to October 15, 2018, at 10 a.m. The reason for the continuance is that counsel for the government is slightly under the weather and requires additional time to respond to the last of the voluminous pretrial motions submitted by the defense. Due to the

1

unavailability of counsel for Defendant Habash on October 8, a two-week continuance of the hearing is also requested. The parties further agree and stipulate, and request that the Court find the following:

a. The delay from the filing of the pretrial motions through the conclusion of the hearing or disposition of such motions is a basis for the exclusion of time for Speedy Trial purposes.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of October 1, 2018, to October 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

////
////
////
////
////
////
////
////
////

IT IS SO STIPULATED.

DATED: August 24, 2018.    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 24, 2018.

/s/ Shaun Khojayan
SHAUN KHOJAYAN
Counsel for Haitham Eid Habash

DATED: August 24, 2018.

/s/ Marc Days
MARC DAYS
Counsel for Majed Bashir Akroush

# O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for October 1, 2018, is continued until October 15, 2018 at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The deadline for the filing of the government's response is extended to August 31, 2018, and the filing of the defendants' replies is extended to September 28. The time period between October 1, 2018 and October 15, 2018, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 24, 2018**

UNITED STATES DISTRICT JUDGE