1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 1:15-cr-00286 DAD-BAM

12              Plaintiff,

13        v.                                STIPULATION AND ORDER

14   HAITHAM EID HABASH and
     MAJED BASHIR AKROUSH,
15
                Defendants.
16

17

18        Plaintiff United States of America, by and through its counsel of record, and defendants,

     by and through their counsel of record, hereby stipulate as follows:
19
          1.     This matter was previously set for hearing on November 13, 2018, at 3 p.m., for
20
                 Defendant Habash's motion for disclosure of the grand jury transcript. (Doc. 331).
21
          2.     The parties agree to continue the hearing to January 7, 2019, at 3 p.m. or at a time
22
                 that is convenient for the Court on January 7, 2019. The parties request a
23
                 continuance in order to further plea negotiations and effect a potential resolution
24
                 and, alternatively, to conduct further pretrial investigation. The parties further
25
                 agree and stipulate, and request that the Court find the following:
26
                 a.     The delay from the filing of the pretrial motions through the conclusion of
27
                        the hearing or disposition of such motions is a basis for the exclusion of time for
28

                                                    1

Speedy Trial purposes.

b.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of November 13, 2018, to January 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

////
////
////
////
////
////
////
////
////
////
////
////
////
////

IT IS SO STIPULATED.

DATED:     November 13, 2018.     Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney

DATED:     November 13, 2018.

                                  /s/ Shaun Khojayan
                                  SHAUN KHOJAYAN
                                  Counsel for Haitham Eid Habash

DATED:     November 13, 2018.

                                  /s/ Marc Days
                                  MARC DAYS
                                  Counsel for Majed Bashir Akroush


## **O R D E R**

        IT IS SO ORDERED that the Motion for Disclosure of the Grand Jury Transcript and

Status Conference is continued from November 13, 2018 to January 7, 2019 at 2:00 pm before

Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to pursuant to 18 U.S.C. §§

3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

   Dated:   __November 13, 2018__          ____/s/ *Barbara A. McAuliffe*____
                                           UNITED STATES MAGISTRATE JUDGE