UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HAITHAM EID HABASH, <br><br> Defendants. | No. 1:15cr286 DAD-BAM <br><br> STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and Defendant Habash, by and through his counsel of record, hereby stipulate as follows:

1. The government's response to defendant's suppression motion relating to the Crenshaw Boulevard search, Doc. 333, is currently due on November 19, 2018.
2. The parties agree to reset the filing date for the government's response to allow the parties to further plea negotiations and effect a potential resolution and, alternatively, to conduct further pretrial investigation. Accordingly, the government's motion would be due on or before December 10 and the defendant's reply, if any, would be due on or before December 17.

////

////

////

1

IT IS SO STIPULATED.

DATED: November 13, 2018. Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: November 13, 2018.

/s/ Shaun Khojayan
SHAUN KHOJAYAN
Counsel for Haitham Eid Habash

# O R D E R

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **November 13, 2018**

_____
UNITED STATES DISTRICT JUDGE