UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM EID HABASH,<br><br>Defendants. | No. 1:15-cr-00286 DAD-BAM<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and Defendant Habash, by and through his counsel of record, hereby stipulate as follows:

1. The government's response to defendant's suppression motion relating to the Crenshaw Boulevard search, Doc. 333, is currently due on December 10 and the defendant's reply is due on December 17.

2. The parties agree to reset the filing date for the government's response to allow the parties to further a plea and forfeiture resolution and, alternatively, to conduct further pretrial investigation. Accordingly, the government's motion would be due on or before January 14, 2019, and the defendant's reply, if any, would be due on or before January 21, 2019.

3. The parties further agree to stay proceedings, including disposition, with respect to defendant's pretrial motions. (Docs. 331-37).

1

4. The parties also agree to maintain the January 7, 2019, hearing date, which was previously set in connection with defendant Habash's motion to disclose grand jury transcript (Doc. 331), solely for the purpose of a status conference as to both the defendant and co-defendant Majed Bashir Akroush.

5. Time has previously been excluded to and through January 7, 2019.

IT IS SO STIPULATED.

DATED: December 3, 2018. Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: December 3, 2018.

/s/ Shaun Khojayan
SHAUN KHOJAYAN
Counsel for Haitham Eid Habash

# **O R D E R**

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **December 3, 2018**

UNITED STATES DISTRICT JUDGE