UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM EID HABASH and,<br>MAJED BASHIR AKROUSH,<br><br>Defendants. | No. 1:15-cr-00286-DAD-BAM<br><br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and Defendants

Habash and Akroush, by and through their counsel of record, hereby stipulate as follows:

1. The parties agree to maintain the January 7, 2019, hearing date, which was
previously set in connection with defendant Habash's motion to disclose grand
jury transcript (Doc. 331), solely for the purpose of a status conference as to both
the defendant and co-defendant Majed Bashir Akroush.

2. Time has previously been excluded to and through January 7, 2019.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:     December 7, 2018.     Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney

DATED:     December 7, 2018.

                                /s/ Shaun Khojayan
                                SHAUN KHOJAYAN
                                Counsel for Haitham Eid Habash

DATED:     December 7, 2018.

                                /s/ Marc Days
                                MARC DAYS
                                Counsel for Majid Bashir AKROUSH

## O R D E R

Having reviewed the stipulation of the parties, IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

   Dated:   **December 7, 2018**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE