1  SHAUN KHOJAYAN (#197690)
2  LAW OFFICES OF SHAUN KHOJAYAN
     & ASSOCIATES, P.L.C.
3  515 South Flower Street, 19th Floor
4  Los Angeles, CA 90071
   Telephone: (310) 274-6111
5  Facsimile:  (310) 274-6211
6  Email: shaun@khojayan.com
   Attorney for Defendant Haitham Habash #4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No: 1:15-CR-00286-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney, Karen Escobar that conditions of release be modified to allow Defendant Haitham Habash to travel to San Francisco from December 29, 2018 to January 2, 2019, to be with his in-laws and family.  All other conditions previously imposed, not in conflict, remain in full force and effect.

Pretrial services reports that he is in compliance with all of his imposed conditions.  Defendant Habash will inform his assigned pretrial officer Kristianna Janich of his form of transportation (vehicle's make, model and plates) and he will

provide a copy of his hotel reservation or relatives contact information. He will also contact officer Janich upon his arrival to the Central District.

I consent to the above stipulation.

Date: 12/17/18                                   *s/ Haitham Habash*
                                                Haitham Habash

I consent to the above stipulation.

Date: 12/17/18                                   *s/ Karen Escobar (with permission)*
                                                AUSA Karen Escobar

I consent to the above stipulation.

Date: 12/17/18                                   *s/ Shaun Khojayan*
                                                Shaun Khojayan, Attorney for Habash

## <u>ORDER</u>

The Stipulation to Modify conditions of release for defendant Haitham Habash is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:  __**December 18, 2018**__          _____
                                          UNITED STATES MAGISTRATE JUDGE