SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
  & ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT HAITHAM HABASH |
| HAITHAM HABASH, | |
| Defendant. | |

Notice is hereby given that, subject to approval by the court, Haitham Habash hereby stipulates, by and through his counsel Shaun Khojayan, and Assistant United States Attorney, Karen Escobar that conditions of release be modified to allow Defendant Haitham Habash to travel to San Francisco, CA on Friday, March 8, 2019 and return on Monday, March 11, 2019.  Mr. Habash will travel with his family and stay with his cousin at 1285 Toyon Drive, Millbrae, CA 94030.  They will be celebrating his aunt's 70th birthday.  All other conditions previously imposed, not in conflict, remain in full force and effect.

1

The United States Pretrial Office and his assigned officer, Adriana Corona, have no objection to this request.

I consent to the above stipulation.

Date: _____ *s/ Karen Escobar (with permission)*
AUSA Karen Escobar

I consent to the above stipulation.

Date: _____ *s/ Shaun Khojayan*
Shaun Khojayan

## **ORDER**

The Stipulation to Modify Conditions of Release for defendant Haitham Habash is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated: **March 6, 2019**            _____
                                    UNITED STATES DISTRICT JUDGE