SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>Defendant. | Case No.:  15-CR-00286-DAD-1<br><br>STIPULATION TO CONTINUE SELF SURRENDER DATE FOR DEFENDANT HAITHAM HABASH AND ORDER |

Notice is hereby given that, subject to approval by the Court, Haitham Habash, by and through his counsel Shaun Khojayan, and Assistant United States Attorney Karen Escobar, hereby stipulate that Defendant Habash's self-surrender date of July 17, 2019 be continued to September 1, 2019.

The reason for the continuance of the self-surrender is to allow Mr. Habash to recover from his emergency open-heart surgery conducted on May 13, 2019, following symptoms of a heart attack. The continuance is requested to allow Mr. Habash to recover and rehabilitate from the surgery.  The continuance is also needed to ensure that the BOP receives all of his medical records to ensure proper medical treatment and medication at the facility where he is designated.

All conditions of his release remain in full force and effect.  United States Pre-trial officer, Melissa Haberer, and AUSA Karen Escobar have no objection to this request.

1.

1    I consent to the above stipulation.

2    Date: June 20, 2019                           */s/ Haitham Habash*

3                                                 Haitham Habash

4    I consent to the above stipulation.

5    Date: June 20, 2019                           */s/ Karen Escobar*

6                                                 AUSA Karen Escobar

7    I consent to the above stipulation.

8    Date: June 20, 2019                           */s/ Shaun Khojayan*

9                                                 Shaun Khojayan

10

11                                 **ORDER**

12    The Stipulation to continue self-surrender date from July 17, 2019 to September 4, 2019 for

13    defendant Haitham Habash is hereby approved.

14

15    IT IS SO ORDERED.

16     Dated:    **June 20, 2019**                              

17                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28