SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
  & ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile: (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Haitham Habash #1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HAITHAM HABASH,<br><br>        Defendant. | Case No.: 15-CR-00286-DAD-1<br><br><br>AMENDED APPLICATION TO EXONERATE BOND AND DEEDS OF TRUST AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |

Defendant Haitham Habash hereby requests that this Court order the exoneration of the bond and Deeds of Trust, currently on file with their respective county recorders, as follows:

1) Deed of Trusts #2015R0797174 and #2015R0797175 posted by Haifa H. Khoury on file with the Miami-Dade County Recorder;

2) Deed of Trust #20151584168 posted by Haitham Habash on file with the Los Angeles County Recorder.

On December 22, 2015, a bond was ordered in the above-captioned matter to be secured by a full equity bond of not less than $800,000 posted by Haifa Khoury

1.

on properties located on Bella Vista, Coral Gables, FL and on Lugo Ave, Coral Gables, FL. The defendant was also to post a full equity bond of not less than $150,000 on property located in Longdale, CA.

On September 4, 2019, Defendant reported as ordered to serve his 63 months sentence at the BOP designated facility, FCI Florence (See Exhibit A).

Therefore, since Defendant has satisfied the conditions of release in the Eastern District of California, he requests that his bond and the Deeds of Trust (#2015R0797174 and #2015R0797175 on file with Miami-Dade County Recorder; and #20151584168 on file with the Los Angeles County Recorder) be exonerated and title of the real properties described therein be reconveyed to Haifa H. Khoury and Haitham Habash.

Respectfully submitted,

Date: September 13, 2019          *s/ Shaun Khojayan*
                                   **Attorney for Defendant Habash**


## ORDER

IT IS HEREBY ORDERED that the bond filed on December 22, 2015, and Deeds of Trust #2015R0797174 and #2015R0797175 posted by Haifa H. Khoury on file with the Miami-Dade County Recorder be exonerated and title to the properties described therein be reconveyed to Haifa H. Khoury. Further, the Deed of Trust #20151584168 posted by Haitham Habash on file with the Los Angeles

2.

County Recorder shall also be exonerated and title to the property described therein shall be reconveyed to Haitham Habash.

IT IS SO ORDERED.

Dated: __September 13, 2019__ 

_____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE