UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAITHAM EID HABASH,<br><br>Defendant. | No. 1:15-cr-00286-DAD-BAM-1<br><br>ORDER REFERRING DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE TO FEDERAL DEFENDER'S OFFICE |

On May 26, 2020, defendant filed a pro se motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 538.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release. Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) are to be included in the CM/ECF's Notice of Electronic Filing in this action. The FDO shall have sixty (60) days from the date of this order to file a supplement to defendant's pro se motion <u>or</u> to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have thirty (30) days from the date of the FDO's filing to file a response to defendant's

/////

/////

motion.  Any reply shall be filed within fifteen (15) days of the filing of any response by the government.

IT IS SO ORDERED.

Dated:   **June 10, 2020**              /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE