1  HARRY M. DRANDELL #109293
2  LAW OFFICES OF HARRY M. DRANDELL
   1060 FULTON STREET, SUITE 701
3  FRESNO, CA 93721
   PHONE (559) 442-1041
4  FAX (559) 214-0174
   Attorney for Defendant Haitham Habash
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        Case No.: 1:15-CR-00286-DAD-1

              Plaintiff,
10
                                    **ORDER GRANTING REQUEST TO**
11     v.                           **SEAL DOCUMENTS**

12 HAITHAM HABASH,                  JUDGE: Hon. Dale A. Drozd

13            Defendant.

14

15

16     The Court having considered defendant's Request to Seal Documents, his Notice of Request

17 to Seal Medical Records, including the Declaration of Harry M. Drandell in Support of Request to

18 Seal Documents, finds compelling reasons for the filing of the documents under seal.  Therefore,

19 defendant's Request to Seal Documents is GRANTED.

20
       This Order regarding sealing will be permanent and that no one is to have access to these
21
   documents except for the Court, opposing counsel and anyone this Court deems appropriate.
22
       It is hereby ordered that the defendant's Request to Seal Documents and Declaration of
23
   Harry M. Drandell in Support of Request to Seal Documents shall be **FILED UNDER SEAL.**
24

25
   IT IS SO ORDERED.
26
       Dated:   **August 31, 2020**                    _____
27                                                     UNITED STATES DISTRICT JUDGE
28