PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>HAITHAM HABASH,<br><br>                  Defendant. | Case No. 1:15-CR-00286-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

      On February 15, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Haitham Habash, in the below-listed property:

      a.  The amount of $193,341.76 in lieu of the real property located at 4872 West 140th Street, Hawthorne, California, APN: 4147-021-020.

      Beginning on July 3, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

      On March 1, 2019, the United States recorded a Notice of Withdrawal of Lis Pendens against the real property located at 4872 W. 140th Street, Hawthorne, Los Angeles County,

California, APN: 4147-021-020.

The Court has been advised that Katia Mardirossian filed a claim to the subject property. The Court has further been advised that Katia Mardirossian stipulated to withdraw her claim and it is now deemed withdrawn.

The Court has been advised that no other person or entity has filed a claim and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the amount of $193,341.76 in lieu of the real property located at 4872 West 140th Street, Hawthorne, California, APN: 4147-021-020 pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Haitham Habash and Katia Mardirossian. The interests of Haitham Habash and Katia Mardirossian are hereby extinguished.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 30, 2021**

_____
UNITED STATES DISTRICT JUDGE